IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 CR 617-2 |
| vs. | ) | Honorable Amy J. St. Eve |
| | ) | |
| JOEL RIVAS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION BY COURT-APPOINTED DEFENSE COUNSEL
FOR LEAVE TO WITHDRAW,
AND FOR SUBSTITUTION BY RETAINED COUNSEL**

Defense counsel Richard H. McLeese, who, as the Court will recall, was appointed as substitute counsel for Defendant Joel Rivas last fall, moves the Court for leave to withdraw, and for substitution by recently retained counsel (Melinda Power, West Town Law Office, 2502 W. Division St., Chicago, IL 60622; ph. #773.278.6706). In support of his motion, counsel states:

1. I was recently informed that lawyer Melinda Power had been retained by Rivas's family to represent him in this case. Mr. Rivas then confirmed this with me.

2. Ms. Power, whom I am serving with a copy of this motion, has advised me that she is prepared to file her appearance in this matter once this motion has been ruled upon. (I will, of course, then provide her with the discovery and other case-related materials in my possession, and otherwise cooperate with her in this transition.)

3. Accordingly, in light of the foregoing, I ask that I be permitted to withdraw as counsel for Rivas and that Melinda Power be permitted to enter this case as substitute counsel.

Respectfully submitted,

s/Richard H. McLeese
Lawyer for Joel Rivas

Richard H. McLeese
900 W. Jackson Blvd., Suite 6W
Chicago, IL 60607
312/492-7273
312.268.6291 (fax)
RMcleeseLaw@aol.com

**CERTIFICATE OF SERVICE**

The undersigned lawyer hereby certifies that service of the above document was made through the district court's ECF system to opposing counsel, and to lawyer Melinda Power by email attachment, on April 10, 2012.

                                                    s/Richard H. McLeese
                                                  Lawyer for Joel Rivas