**IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **10 CR 671-2** |
| | ) | **The Honorable Amy J. St. Eve** |
| JOEL RIVAS, | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW**

NOW COMES Attorney Melinda Power, who filed her appearance on behalf of Joel Rivas on April 17, 2012, and now requests leave to withdraw as attorney of record for Joel Rivas for the following reasons:

1. Since being retained by the family of Joel Rivas, I have reviewed the documents that have been tendered by the government in this case.

2. I have met with Joel Rivas' family on numerous occasions. I have had extensive conversations with his mother and brothers regarding the case. I have received and answered a multitude of emails from the family.

3. I have met with Joel Rivas on three occasions to discuss his case.

4. I have had several discussions with AUSA Joseph Thompson regarding this case and another attorney with whom I have worked on other criminal cases.

5. Both Joel Rivas and his family no longer wish to retain me as the attorney for Joel Rivas. They have instructed me to withdraw and have informed me that Joel Rivas will request a court appointed attorney.

WHEREFORE, I request that I be granted leave to withdraw as the attorney of record for Joel Rivas.

                Respectfully submitted,

                /s/ Melinda Power
                Attorney for Joel Rivas

Melinda Power
West Town Law Office
2502 W. Division
Chicago, Il. 60622
773-278-6706
773-278-0635